[No. 12165-1-I. Division One. January 11, 1985.]

JAMES D. TOWNE, JR., ET AL, *Appellants,* v. THE CITY OF KENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–02248–2, George H. Revelle, J., entered July 30, 1982. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Swanson and Durham, JJ.

[No. 13604-6-I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN F. HUDGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–02032–0, Gary M. Little, J., entered July 27, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Durham, J.

[No. 13714-0-I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. DONALD R. HOOPER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00146–8, Dennis J. Britt, J., entered August 12, 1983. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Ringold and Durham, JJ.

[No. 13417-5-I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN LUKE FROST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02817–3, Shannon Wetherall, J., entered April 1, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Durham, JJ.